## STATEMENT OF FACTS

I am an officer with the Metropolitan Police Department of the District of Columbia. I make this affidavit in support of a criminal complaint because there is probable cause to believe that Weslee David Wilkinson committed a violation of 18 U.S.C. § 922(g)(1) in the District of Columbia.

This affidavit is presented for the sole purpose of establishing probable cause. It does not represent the totality of facts known to me and other investigators involved in this case. This affidavit is based on my investigation and involvement with the events described herein, speaking with other investigators with personal knowledge of the events described, reading reports, or reviewing body worn camera footage.

Based on my investigation, I learned the following: On September 21, 2025, at approximately 12:33 a.m. near the 4500 block of Benning Road Southeast in the District of Columbia, a Nissan was observed operating with no headlights, no front bumper, and no front tag at the stoplight on Benning Road Southeast, facing Northbound towards East Capitol Street Southeast. Police officers activated their lights and sirens and conducted a traffic stop of the Nissan. A police officer approached the driver side of the vehicle and observed the driver, later identified as Defendant Wilkinson. An open container of alcohol was observed between the center console and Defendant Wilkinson's leg. Defendant Wilkinson was instructed to exit the vehicle and was placed under arrest. The bottle retrieved from the driver seat was labeled as Tequila with an alcohol volume of 40%.

During a search incident to arrest, Defendant Wilkinson was found to be in possession of a black semiautomatic handgun, M&P 9 Shield – Smith & Wesson, lower Receiver P80, 9mm Caliber, with no serial number. The firearm was located on Defendant Wilkinson's person, in tight-fitting undergarments wedged between his legs and under his groin. The firearm was found to be loaded with a total of six rounds of 9mm in the magazine and one in the chamber.

Through my training and experience, I have learned that there are no firearm or ammunition manufacturers in the District of Columbia. Accordingly, there is probable cause to believe that the firearm and ammunition was manufactured outside the District of Columbia and transported in interstate or foreign commerce into the District of Columbia, where it was recovered.

Criminal history records revealed that on December 16, 2020, Defendant Wilkinson was convicted in the District of Columbia with Carrying a Pistol Without a License Outside of a Home or Place of Business in violation of D.C. Code § 22-4504 (2020 CF3 005613), which is punishable by imprisonment for a term exceeding one year. Defendant Wilkinson was sentenced to 12 months incarceration. On the date Defendant Wilkinson possessed the firearm and ammunition in this case, the defendant was aware that he had been previously convicted of a crime that was punishable by imprisonment for a term exceeding one year.

Based on the facts contained in this affidavit, there is probable cause to believe the following: On or about September 20, 2025, in the District of Columbia, the defendant, Weslee David Wilkinson, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year did knowingly possess a

firearm and ammunition, said firearm and ammunition having been shipped and transported in interstate or foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

_____
OFFICER JACOB PFAFF
Metropolitan Police Department of the
District of Columbia

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on September 22, 2025.*


_____
ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE