# Exhibit 2

SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
CRIMINAL DIVISION
UNITED STATES
VS
WILKINSON, WESLEE DAVID
CCN #: **20096040**
Arrest Number: **062013315**

The event occurred on  07/02/2020  at approximately  14:15  at  5133 FITCH STREET SE, WASHINGTON, DC 20019

********** BWC ACTIVATD ********************

On Friday, May 29, 2020, at 2327 hours Sixth District officers responded to the 5100 block of Fitch Place, Southeast, for reports of sounds of gunshots. Soon after the call was updated to a shooting, where three individuals (Victim-1, Victim-2 and Victim-3) were shot. DCFEMS responded to treat Victim-1 and Victim-2, who was transported to an area hospital. Victim-3 was transported to the hospital by a vehicle in the area. All Victims were treated for non-life-threatening injuries.

The crime scene was located in the top part of the Benning Park Apartment's parking lot. On a subsequent daylight canvass of the crime scene, shell casings were also located in the 5100 block of Southern Avenue, Southeast. There were over eighty shell casings recovered from both crime scenes. Represented on the scene were 9mm, .40 caliber (for the purpose of this arrest warrant, (2) of the .40 caliber shell casings had a headstamp of 'R-P 40 S&W), .45 caliber and .357 caliber shell casings.

Your affiant was able to obtain and review video surveillance from the stairwell of 5133 Fitch Place, Southeast, the building that contains the target address. This camera appears to be motion-activated and captures clips, not a continuous recording. The camera is positioned above apartments #203 and #204.

At 23:27:05, this camera captures a male, POI #1, standing in the front door of the building, with his right arm extended in a firing position. There are multiple muzzle flashes that can be observed, through the window, where POI #1's arm is extended. This male is a shorter African American male, wearing a black knit cap, white tank top, white compression shorts, light gray jeans, and dark shoes. There is a second male standing on the second-floor landing, this male appears to be looking out the window and is not seen in possession of a weapon.

From this same video clip, a third male, POI #2, appears from under the camera while POI #1 is firing. It should be noted that the address, 5133 Fitch Place, Apartment #203, Southeast, is in the same direction that POI #2 is observed entering the camera view from. POI #2 is observed to be a tall, thin African American male, with a distinctive hairstyle (very long and standing straight up), wearing a black and gray hooded sweatshirt, dark pants, and dark shoes (consistent with Jordan 12's).

POI #2 is observed running down the stairs with what appears to be a dark-colored semi-automatic handgun with a drum style magazine seated in the well of the weapon. POI #2 gets to the front door after POI #1 has exited and opens and closes the building's front door.

A second video clip begins at 23:27:19, this video again shows POI #2 in possession of what appears to be a semi-automatic handgun with a drum style magazine. POI #2 again is observed in the building's front door, opening and closing it partially stepping onto the front landing.

The next video, 23:28:05, that is captured shows a large group rushing into the stairwell. It is known to your affiant that there was a cookout in front of 5133 and 5135 Fitch Place, Southeast at the time of this shooting, attended by over 100 people. Neither POI #1 nor POI #2 is observed in this crowded stairwell. After examining the crime scene it is known that the largest concentration of shell casings was located in front of 5133 and 5135 Fitch Place, Southeast.

Your affiant then utilized MPDC database checks for the target building 5133, specifically for apartments #203 and #204, where it appears that POI #2 comes from with what appears to be a semi-automatic handgun with a drum style magazine.

Defendant Johnson is an African American male, tall and thin in stature, with a fade-bush style haircut. Consistent with the male observed holding a handgun with the drum style magazine, who entered the camera view from the vicinity of the target address.

On Sunday, June 14, 2020, your affiant spoke with W-1, who was present at the cookout during this shooting. W-1 stated that IT was in the parking lot when IT observed a silver Chrysler 200 pull outside of the fence of the parking lot. IT advised that three males then exited the vehicle and began to shoot into the parking lot. IT stated that IT got behind a car for cover.

IT stated that IT had observed two images of the shooters that were produced by MPDC. IT stated that those were not the persons that IT observed shooting from outside of the gate, but were people shooting from inside of the parking lot. W-1 was then shown the MPDC created BOLO for Defendant Johnson. W-1 stated, "That's Slime…and Zay". W-1 further went on to elaborate that IT knows Defendant Johnson to live in his own apartment, 5133 Fitch Street, Apartment #203, Southeast, Washington, D.C.

IT stated that IT observed Defendant Johnson shooting outside of '5133' during the shootout. W-1 observed that Defendant Johnson had a Glock 43, 9mm semi-automatic handgun, stating that IT is known to put a "drum magazine " in the weapon, consistent with what is observed in the video.

W-1 was then shown the MPDC created BOLO for POI #1. W-1 identified POI #1 as Wes or Wesley, believing the last name to be Wilkerson. W-1 stated that IT observed POI #1 shooting at the time of the shootout. W-1 stated that IT knows POI #1 to have a Glock 22 that has an extended magazine but not a full length one, again consistent with what is observed on the video. Your affiant knows that a Glock 22 is a .40 caliber semi-automatic handgun.

W-1 advised that POI#1 lives next door to Defendant Johnson at 5133 Fitch Street, Apartment #204, Southeast, with his mother.

Detective O'Donnell conducted an MPDC database check which showed that a Wesley Wilkinson (POI #1), DOB: 04/19/2002, hereafter referred to as Defendant Wilkinson, who lives at 5133 Fitch Street, Apartment #204, Southeast, Washington, D.C. It was learned that Defendant Wilkinson is of the same approximate height, weight, age, and has a similar short bush hairstyle as POI #1.

Detective O'Donnell additionally made contact with the Benning Park Leasing office. The leasing office was able to confirm that Defendant Wilkinson does live at 5133 Fitch Street, Southeast, with his mother.

Detective O'Donnell obtained a D.C. Superior Court Search warrant for Defendant Wilkinson's home, 5133 Fitch Place, Apartment #204, Southeast, Washington, D.C. (2020cswsld3040).

On Thursday, July 2, 2020, Detective O'Donnell, along with Sixth District Crime Suppression Team, executed the aforementioned search warrant at Defendant Wilkinson's home. Upon entry Defendant, Wilkinson was observed in the apartment's restroom and was detained. Defendant Wilkson was wearing all dark Nike sneakers with white writing back outside heel of the shoe, consistent with camera footage of the shooting. Defendant Wilkinson identified his bedroom to officers. During a search of Defendant Wilkinson's bedroom, the following items were seized. (1) Pair of gray jeans and a white tank top shirt, both again consistent with Defendant Wilkinson's clothing observed in the shooting video. Additionally, recovered from inside of the closet in Defendant Wilkinson's bedroom was (1) live .40 caliber round of ammunition. The headstamp on the ammunition was 'R-P 40 S&W', the same headstamp as (2) of the .40 caliber casings recovered from this crime scene.

Defendant Wilkinson was then placed under arrest for Assault with a Dangerous Weapon (Gun) and was transported to the Sixth District to be interviewed and processed.

The event and acts described above occurred primarily in the District of Columbia and were committed as described by defendant(s) listed in the case caption.

Subscribed and sworn before me this **07/02/2020**

**DABNEY, AARON / 2021 / 10236 (07/02/2020) E-SIGNATURE**

| Police Officer / Badge# / CAD# | Unit | Witness / Deputy Clerk |
|---|---|---|

**DABNEY, AARON / 2021 / 10236**

Printed Name of Member / Badge# / CAD#                                                           Printed Name of Witness / Deputy Clerk

The foregoing statement was made under penalty of criminal prosecution and punishment for false statements pursuant to D.C. Code 22-2405

Pg. 3 of 3